# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1087

_____

United States of America

*Plaintiff - Appellee*

v.

Christopher Michael Fisher

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: June 23, 2016
Filed: June 28, 2016
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Christopher Michael Fisher appeals the sentence imposed by the district court[1] following a revocation hearing. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

At the hearing, Fisher admitted that he had violated the conditions of his supervised release. The district court revoked supervised release and sentenced him to 12 months and one day in prison—a term within the recommended Guidelines revocation range—and 48 months of supervised release. Fisher asserts that the sentence is substantively unreasonable.

This court finds no abuse of discretion. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (discussing abuse-of-discretion review for substantive reasonableness of revocation sentence); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of reasonableness to revocation sentence within Guidelines range).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____